JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED,<br>　　　　　Petitioner,<br>　　vs.<br>JEFFREY BEARD,<br>　　　　　Respondent. | Case No. CV 13-5975-PA (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

　　IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 if the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: August 27, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1